# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

Nicholas J. Alexander

**FILED**
JAN 1 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

CASE NUMBER:

**08CR 0033**

MAGISTRATE JUDGE MASON

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 3, 2007__, in __DuPage__ County, in the __Northern__ District of __Illinois__ defendant:

(1) by force and violence, and by intimidation, did attempt to take from the person and presence of a bank employee, United States currency belonging to and in the care, custody, control, management and possession of Northern Trust Bank located at One Oakbrook Terrace, Oakbrook Terrace, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation; and

(2) by force and violence, and by intimidation, did take from the person and presence of a bank employee, approximately $3,683 in United States currency belonging to and in the care, custody, control, management and possession of Fifth Third Bank located at 1768 S. Blanchard Street, Wheaton, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

in violation of Title __18__, United States Code, Section __2113(a)__.

I further state that I am a __Special Agent with the Federal Bureau of Investigation__ and that this complaint is based on the following facts:

**See attached affidavit**

Continued on the attached sheet and made a part hereof: __X__ Yes ___ No

_____
Eric R. Kaley, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

__January 15, 2008__ at __Chicago, Illinois__
Date                                              City and State

__Michael T. Mason, MAGISTRATE JUDGE__    _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

STATE OF ILLINOIS )
                               )SS
COUNTY OF DUPAGE )

## AFFIDAVIT

I, Eric R. Kaley, being duly sworn under oath, state as follows:

1. I am, and for the past five years have been, a Special Agent with the Federal Bureau of Investigation ("FBI"). I am assigned to the Chicago FBI's West Resident Agency. My duties include the investigation of various crimes, including the investigation of bank robberies, fugitive matters, kidnapings and other violent crimes.

2. The information set forth in this Affidavit is based upon my participation in this investigation, interviews of witnesses, review of law enforcement reports, my discussions with others who have personal knowledge of the events and circumstances described herein, and my experience and training. The recitation of facts contained in this Affidavit is not meant to be a complete narrative of all that has occurred in connection with this investigation, but is only a summary of facts necessary to show probable cause that on or about August 3, 2007, NICHOLAS J. ALEXANDER: (a) by force and violence, and by intimidation, attempted to take United States currency belonging to and in the care, custody, control, management, and possession of Northern Trust Bank located at One Oakbrook Terrace, Oakbrook Terrace, Illinois; and (b) by force and violence, and by intimidation, took approximately $3,683 in United States currency belonging to and in the care, custody, control, management, and possession of Fifth Third Bank located at 1768 South Blanchard Street, Wheaton, Illinois, both of which deposits were insured then by the FDIC, all in violation of Title 18 United States Code, Section 2113(a).

## The Attempted Bank Robbery of Northern Trust Bank, Oakbrook Terrace, Illinois

3. At approximately 4:00 p.m. on August 3, 2007, a white male wearing blue jeans, a grey long sleeve shirt, and a blue Cubs baseball cap, and carrying a red folder, entered the Northern Trust Bank located at One Oakbrook Terrace, Oakbrook Terrace, Illinois. The deposits of the Northern Trust Bank are and were on August 3, 2007 federally insured by the Federal Deposit Insurance Corporation ("FDIC"). The male approached the teller counter where a female teller, "Teller A," was working. The male told Teller A, "This is a robbery. No one's going to get hurt. Just give me all the money." Teller A attempted to open her teller drawer, but had difficulty opening it. As Teller A continued to attempt to open her teller drawer, the male stated, "Open your fucking drawer! Give me all your money and no one will get hurt. Open your fucking drawer."

4. When Teller A still could not open her teller drawer, the male leaned over the teller counter, grabbing the teller's side of the counter edge in order to pull himself toward Teller A's teller drawer. While laying across the counter, the male attempted to open Teller A's teller drawer, but was unsuccessful. The male then picked up his folder and exited Northern Trust Bank.

5. The attempted robbery was captured on Northern Trust's video camera surveillance system.

6. A law enforcement Evidence Technician ("ET") processed Teller A's teller area for the purpose of collecting physical evidence. As part of the evidence processing, the ET located and collected latent fingerprint lifts on the underside of the edge of the teller's side of the counter, where the male had grabbed the counter in order to pull himself toward Teller A's teller drawer. The recovered latent fingerprint lifts were subsequently submitted to the FBI Laboratory for examination.

2

### The Robbery of Fifth Third Bank, Wheaton, Illinois

7. At approximately 4:55 p.m. on August 3, 2007, less than one hour after the attempted robbery of Northern Trust Bank, a white male wearing blue jeans, a grey long sleeve shirt, and a blue Cubs baseball cap, and carrying a red folder, entered the Fifth Third Bank, located at 1768 South Blanchard Street, Wheaton, Illinois. The deposits of Fifth Third Bank are and were on August 3, 2007 federally insured by the Federal Deposit Insurance Corporation ("FDIC"). The male entered the Fifth Third Bank and approached the teller counter where a female teller, "Teller B," was working behind the counter. The male instructed Teller B, "Give me the money." When Teller B questioned what the subject was saying, the male replied, "Give me all the money, otherwise, I have a gun in my pocket and I will shoot you." Teller B then opened her teller drawer and began removing money from the drawer. While Teller B was placing money on the counter, the male specified, "Give me the hundreds." When Teller B finished putting the money from her teller drawer on the counter, the male took the money and exited the bank. The money taken by the robber amounted to approximately $3,683.00.

8. The robbery was captured on Fifth Third Bank's video camera surveillance system.

9. Following the robbery of the Fifth Third Bank, law enforcement used a canine trained to track by scent in an effort to track the fleeing bank robber. The canine tracked the bank robber's scent to a church parking lot located north of the bank.

10. Shortly after the canine tracked the bank robber's scent to a church parking lot, law enforcement officials interviewed an individual, "Witness 1," who was in the church located north of the bank. Witness 1 told the law enforcement officials that he had observed an early 1990s Acura Legend passing through the church parking lot, at a time which coincided with the time of the bank

3

robbery from Fifth Third Bank. At the time, a function was taking place inside the church, and Witness 1 was confident that no one entered or exited the church at the time the Acura Legend was observed passing through the church parking lot. Witness 1 was confident of his identification of the car's make, model and approximate year, and recalled the car being a dark color, possibly dark blue, with dark tinted windows.

## Identification of NICHOLAS J. ALEXANDER

11. The tellers and other witnesses at Northern Trust Bank and Fifth Third Bank described the bank robber as a white male, in his 30s, ranging from 5'7"- 6'0" in height, having a medium build, dark eyes and dark hair.

12. As part of the bank robbery investigation, law enforcement agents reviewed reports of recently released bank robbers. In reviewing reports of past bank robberies, law enforcement discovered that NICHOLAS J. ALEXANDER ("ALEXANDER") had worn baseball caps during the robberies, including a Chicago Cubs baseball cap. ALEXANDER also had driven to the area of the banks, parked a short distance from the banks, and then walked to the banks in order to commit the robberies. A further review of law enforcement records disclosed that ALEXANDER was living in Westmont, Illinois, in the same geographical area as the August 3, 2007 attempted robbery and robbery, and that he fit the physical description provided by witnesses to the attempted robbery of Northern Trust Bank and the robbery of Fifth Third Bank, in that ALEXANDER is a white male, 38 years of age, 6'0", 200 lbs., with brown eyes and brown hair.

13. Law enforcement officers compared booking and other known photographs of ALEXANDER to the video surveillance images captured during the August 3, 2007 attempted robbery and robbery. The photographs of ALEXANDER closely resembled the robber depicted in

4

the bank surveillance footage from both Northern Trust Bank and Fifth Third Bank.

14. Following the identification of ALEXANDER as a possible suspect, law enforcement conducted surveillance of ALEXANDER. Surveillance determined that ALEXANDER was regularly driving a 1991 Acura Legend. ALEXANDER's Acura Legend was dark green in color and had tinted windows.

15. On January 7, 2008, the FBI Laboratory reported on its examination of the latent prints submitted from the teller counter of the attempted robbery of Northern Trust Bank. One of the submitted latent prints, collected from the underside of the teller counter edge, was positively identified as that of ALEXANDER.

16. On January 11, 2008, law enforcement officials showed a photo array containing six photographs, including that of ALEXANDER, to Teller A of the Northern Trust Bank. After viewing the photo array, Teller A identified ALEXANDER as closely resembling, and having the same characteristics, as the male who had attempted to rob the Northern Trust Bank on August 3, 2007.

17. On January 11, 2008, law enforcement officials showed a photo array containing six photographs, including that of ALEXANDER, to Teller B of Fifth Third Bank. After viewing the photo array, Teller B identified ALEXANDER as looking similar to, and most like, the male who robbed Fifth Third Bank on August 3, 2007.

## Conclusion

18. Based on the foregoing, there is probable cause to believe that on August 3, 2007, NICHOLAS J. ALEXANDER: (a) by force and violence, and by intimidation, attempted to take United States currency belonging to and in the care, custody, control, management, and possession

of Northern Trust Bank located at One Oakbrook Terrace, Oakbrook Terrace, Illinois; and (b) by force and violence, and by intimidation, took approximately $3,683 in United States currency belonging to and in the care, custody, control, management, and possession of Fifth Third Bank located at 1768 South Blanchard Street, Wheaton, Illinois, both of which deposits were insured then by the FDIC, all in violation of Title 18 United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

_____
Eric R. Kaley
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence
this 15th day of January, 2008.

_____
Michael T. Mason
United States Magistrate Judge

6