UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 1 5 2008
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 08 CR 033 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Michael T. Mason |
| NICHOLAS J. ALEXANDER | ) | |
| | ) | |
| Defendant. | ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name:
Date of Birth:
Sex:
Race:
Inmate No.:

has been and now is, in due form and process of law, detained at the following institution:

DuPage County Jail
501 N. County Farm Road
Wheaton, IL 60187

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Section 2113(a), and is now wanted in such division and district on January 31, 2008 at 11:00 a.m. for an appearance to answer a complaint before the Honorable Michael T. Mason, Magistrate Judge, in Courtroom 2214.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following persons:

UNITED STATES MARSHAL
Northern District of Illinois
Chicago, Illinois

SHERIFF
DuPage County Jail
Wheaton, Illinois

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that defendant be returned forthwith to said institution from which he was brought unless otherwise directed by the Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Sheri H. Mecklenburg* (signature)
Sheri H. Mecklenburg
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6030