# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 33 | **DATE** | 1/15/2008 |
| **CASE TITLE** | United States vs. Nicholas Alexander | | |

**DOCKET ENTRY TEXT**

Government's petition for writ of habeas corpus ad prosequendum is granted. Writs to issue. Writ is returnable on 1/31/08 at 11:00 a.m. in courtroom 2214 for initial appearance. Enter order on petition for writ of habeas corpus ad prosequendum.

■ [ For further detail see separate order(s).]  Docketing to mail notices.

*Writs Issued*
JAN 15 2008

| | Courtroom Deputy Initials: | KF |
|---|---|---|