UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 08 CR 033 |
| Plaintiff, ) | |
| ) | |
| vs. ) | Magistrate Michael T. Mason |
| NICHOLAS J. ALEXANDER ) | |
| ) | |
| Defendants. ) | |

## ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:
Date of Birth:
Sex:
Race:
Inmate No.:

has been and now is, in due process of law, incarcerated in the following institution:

DuPage County Jail
501 N. County Farm Road
Wheaton, IL 60187

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Section 2113(a), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois on January 31, 2008, at 11:00 a.m. to answer a complaint before the Honorable Michael T. Mason, in Courtroom 2214.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL
Northern District of Illinois
Chicago, Illinois

SHERIFF
DuPage County Jail
Wheaton, Illinois

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
JUDGE

DATED at Chicago, Illinois
this 15th day of January, 2008.