Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 33 | **DATE** | 1/31/2008 |
| **CASE TITLE** | United States vs. Nicholas Alexander | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 1/31/08. Defendant appears in response to being taken into federal custody on 1/31/08. Defendant informed of his rights. Enter Order appointing Rose Lindsay as counsel for defendant. Government's oral motion for detention is granted; defendant having waived the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant will remain in custody pending trial or until further order of the Court. Defendant waives his right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Defendant is ordered remanded to the custody of the U.S. Marshal Service.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | KF |
|---|---|---|---|