UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| USA v. Alexander | 08 CR 33 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nicholas Alexander

FILED
JAN 31 2008
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| SIGNATURE | s/ [signature] ROSE LINDSAY |
|---|---|
| FIRM | FEDERAL DEFENDER PROGRAM |
| STREET ADDRESS | 55 E MONROE ST, STE 2800 |
| CITY/STATE/ZIP | CHICAGO IL 60610 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6280480 | TELEPHONE NUMBER 312.621.8342 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] NO [ ] |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X] NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]   APPOINTED COUNSEL [X]