

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGE DER-YEGHIAYAN** |
| | ) | |
| vs. | ) 08 CR 33 | **MAGISTRATE JUDGE MASON** |
| | ) | |
| NICHOLAS ALEXANDER | ) | Violations: Title 18, United States Code, Section 2113(a) |

**FILED**
J N FEB 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about July 20, 2007, at Glen Ellyn, in the Northern District of Illinois, Eastern Division,

NICHOLAS ALEXANDER,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $3,566 in United States currency belonging to and in the care, custody, control, management and possession of LaSalle Bank, located at 600 West Roosevelt Road, Glen Ellyn, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about August 3, 2007, at Oakbrook Terrace, in the Northern District of Illinois, Eastern Division,

NICHOLAS ALEXANDER,

defendant herein, by force and violence, and by intimidation, did attempt to take from the person and presence of a bank employee money belonging to and in the care, custody, control, management and possession of Northern Trust Bank, located at One Oakbrook Terrace, Oakbrook Terrace, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about August 3, 2007, at Wheaton, in the Northern District of Illinois, Eastern Division,

NICHOLAS ALEXANDER,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $3,683 in United States currency belonging to and in the care, custody, control, management and possession of Fifth Third Bank, located at 1768 South Blanchard Street, Wheaton, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FOUR

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about August 20, 2007, at Elmhurst, in the Northern District of Illinois, Eastern Division,

NICHOLAS ALEXANDER,

defendant herein, by force and violence, and by intimidation, did take from the person and presence of a bank employee approximately $2,940 in United States currency belonging to and in the care, custody, control, management and possession of First Bank, located at 299 North York Road, Elmhurst, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

_____
UNITED STATES ATTORNEY