08 GJ 0050

Minute Order Form (rev. 4/99)

JUDGE DER-YEGHIAYAN

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS



| Name of Assigned Judge or Magistrate Judge | ~~MAGISTRATE JUDGE MASON~~ | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 CR 0033 | DATE | FEBRUARY 12, 2008 |
| CASE TITLE | US v. NICHOLAS ALEXANDER | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL FEBRUARY 2008-1 Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Maria Valdez_

**Docket Entry:**

**NO BOND SET, DETAINED BY MAGISTRATE.**

RECEIVED
FEB 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                 UNDER SEAL)

- [ ] No notices required, advised in open court.
- [ ] No notices required.
- [ ] Notices mailed by judge's staff.
- [ ] Notified counsel by telephone.
- [ ] Docketing to mail notices.
- [ ] Mail AO 450 form.
- [ ] Copy to judge/magistrate judge.

Courtroom Deputy Initials _____

Date/time received in Central Clerk's office _____

Number of notices _____  DOCKET#
Date docketed _____
Docketing dpty. initials _____
Date mailed notice _____
Mailing dpty. initials _____