**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA
                Plaintiff,

v.                                          Case No.: 1:08−cr−00033
                                                   Honorable Samuel Der−Yeghiayan

Nicholas J Alexander
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan as to Defendant Nicholas J. Alexander: Change of plea hearing called and reset to 06/03/08 at 9:30 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 06/03/08 is granted pursuant to 18 U.S.C. 3161(h)(8)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.