# United States District Court, Northern District of Illinois

*HHN*

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 33 | **DATE** | 6/3/2008 |
| **CASE TITLE** | USA vs. Nicholas Alexander | | |

**DOCKET ENTRY TEXT**

Change of Plea hearing held as to defendant Nicholas Alexander. Defendant enters a plea of guilty as to Counts I, II, III, and IV of the Indictment. Judgment of guilty entered. Enter Plea Declaration. Cause is referred to the U.S. Probation Office for the preparation of a presentence investigation report (PSR). Any objections or corrections to the PSR shall be filed in writing with the Clerk of the Court and a courtesy copy provided to chambers on or before 08/06/08. The parties are further given leave until 08/06/08 to submit to the Court any other sentencing position papers. Sentencing is set for 08/13/08 at 9:30 a.m. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | MW |
|---|---|---|