**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

UNITED STATES OF AMERICA
                           Plaintiff,

v.                                                    Case No.: 1:08−cr−00033
                                                    Honorable Samuel Der−Yeghiayan

Nicholas J Alexander
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan as to Defendant Nicholas J Alexander: The Government's request to continue sentencing is granted without objection. Sentencing reset to 08/12/08 at 2:00 p.m. by agreement of the parties. Sentencing set for 08/13/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.