# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                          Case No.: 1:08−cr−00033
                                                            Honorable Samuel Der−Yeghiayan

Nicholas J Alexander
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

    MINUTE entry before the Honorable Samuel Der−Yeghiayan as to Nicholas J Alexander: Defendant's request to continue sentencing is granted without objection. Sentencing reset to 09/11/08 at 10:00 a.m. Sentencing set for 08/21/08 is stricken. Any objections or corrections to the PSR must be filed in writing with the Clerk of the Court and a courtesy copy provided to chambers on or before 09/04/08. The parties are further given leave until 09/04/08 to submit to the Court any other sentencing position papers. Defendant to remain in custody until further order of the Court. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.